1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG ANTONIO WRIGHT,          )          No. C 10-5237 LHK (PR)
                               )
                 Petitioner,   )          ORDER OF TRANSFER
                               )
    vs.                        )
                               )
JAMES A. YATES,                )
                               )
                 Respondent.   )
_____)

Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence.  He was convicted in the Superior Court of Solano County, which is in the Eastern District of California, and is currently housed at Pleasant Valley State Prison in Fresno County, which is also in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  Here, the Eastern District of California is both the district of conviction and the district of confinement.

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.10\Wright237trans.wpd

1

IT IS SO ORDERED.

2

DATED: _12/17/2010_____

_____
LUCY H. KOH
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28